# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

       v.         Crim. No. 5:15-CR-117-1FL

JUAN GABRIEL-ZARAGOZA

  On November 9, 2017, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                I declare under penalty of perjury that the foregoing is true and correct.

                /s/ Van R. Freeman, Jr.
                Van R. Freeman, Jr.
                Deputy Chief U.S. Probation Officer
                150 Rowan Street Suite 110
                Fayetteville, NC 28301
                Phone: 910-354-2542
                Executed On: June 10, 2020

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this  12th  day of  June , 2020.

                Louise W. Flanagan
                U.S. District Judge